UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| REVERSE MORTGAGE FUNDING, LLC<br><br>    Plaintiff<br><br>v.<br><br>DOUGLAS MACGORMAN, AS EXECUTOR TO THE ESTATE OF SALLY A. MACGORMAN, AND AS TRUSTEE OF THE MACGORMAN FAMILY REVOCABLE TURTS U/D/T DATED February 21, 2011<br><br>    Defendant<br><br>SECRETARY OF HOUSING AND URBAN DEVELOPMENT<br><br>    Party-In-Interest | 2:19-cv-00354-NT |

**CONSENT JUDGMENT OF FORECLOSURE AND SALE**

**Address:  43 Eureka Avenue, York, ME 03909**
**Mortgage:  January 22, 2009, Book: 15551, Page:83**

Now comes the Plaintiff, Reverse Mortgage Funding, LLC, the Defendant, Douglas MacGorman, as Executor to the Estate of Sally A. MacGorman, and as Trustee of the MacGorman Family Revocable Trust u/d/t Dated February 21, 2011, and Party-In-Interest, Secretary of Housing and Urban Development, and hereby submits this Consent Judgment of Count I- Foreclosure and Sale. Count II- Reformation of Legal Description and Count III- Equitable Mortgage are hereby **DISMISSED** without prejudice at the request of the Plaintiff.

**JUDGMENT** on Count I – Foreclosure and Sale is hereby **ENTERED** as follows:

1. If the Defendant or their heirs or assigns pay Reverse Mortgage Funding, LLC ("Reverse Mortgage") the amount adjudged due and owing ($468,073.80) within 90

days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A § 6322, Reverse Mortgage shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing as of April 30, 2020:

| Description | Amount |
| --- | --- |
| Unpaid Principal Balance | $384,562.94 |
| Interest | $43,452.59 |
| Taxes | $8,581.84 |
| Hazard Insurance | $4,042.00 |
| MIP/PMI Advances | $5,021.83 |
| Attorney Fee | $1,752.00 |
| Service Fees | $4,795.00 |
| Appraisals | $1,075.00 |
| Property Inspections | $480.00 |
| Property Preservation | $14,310.60 |
| **Grand Total** | **$468,073.80** |

2. If the Defendant or their heirs or assigns do not pay Reverse Mortgage the amount adjudged due and owing ($468,073.80) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, their remaining rights to possession of the York Property shall terminate, Reverse Mortgage shall conduct a public sale of the York Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $468,073.80 after deducting the expenses of the sale, with any surplus to be disbursed pursuant to Paragraph 5 of this Judgment, and in accordance with 14 M.R.S.A. § 6324. Reverse Mortgage may not seek a deficiency judgment against the Defendants pursuant to the Plaintiff's waiver of deficiency at trial.

3. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk, if requested, shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following

appeal.

4. The amount due and owing is $468,073.80.

5. The priority of interests is as follows:

    ● Reverse Mortgage Funding, LLC has first priority, in the amount of $468,073.80, pursuant to the subject Note and Mortgage.

    ● Secretary of Housing and Urban Development has the second priority behind the Plaintiff pursuant to a Mortgage dated January 22, 2009, in the amount of $625,500.00, and recorded in the York County Registry of Deeds in Book 15551, Page 96.

    ● Douglas MacGorman, as Executor to the Estate of Sally A. MacGorman, and as Trustee of the MacGorman Family Revocable Trust u/d/t Dated February 21, 2011, has been defaulted.

6. The prejudgment interest rate is 3.84000%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 8.59%, *see* 14 M.R.S.A. §1602-C.

7. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | Reverse Mortgage Funding, LLC<br>145 Broad Street, 2nd Floor<br>Bloomfield, NJ 07003 | John A. Doonan, Esq.<br>Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 225D<br>Beverly, MA 01915 |

| | | |
|---|---|---|
| DEFENDANT | Douglas MacGorman, as Executor to the Estate of Sally A. MacGorman, and as Trustee of the MacGorman Family Revocable Trust u/d/t Dated February 21, 2011<br>94 Mountainview Road<br>Warren, NJ 07059 | Defaulted |
| PARTIES-IN-INTEREST | Secretary of Housing and Urban Development | Ashley E. Eiler, Esq.<br>Asst. US Attorney<br>100 Middle Street<br>East Tower, 6th Floor<br>Portland, ME 04101 |

a) The docket number of this case is No. 2:19-cv-00354-NT.

b) All parties to these proceedings received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 43 Eureka Avenue, York, ME 03909, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 43 Eureka Avenue, York, ME 03909.  The Mortgage was executed by the predecessors in interest of the Defendants on January 22, 2009.  The book and page number of the Mortgage in the York County Registry of Deeds is Book 15551, Page 83.

e) This judgment shall not create any personal liability on the part of the Defendants but shall act solely as an in rem judgment against the property, 43 Eureka Avenue, York, ME 03909.

| | |
|---|---|
| Dated: August 7, 2020 | /s/ Reneau J. Longoria, Esq.<br>John A. Doonan, Esq., Bar No. 3250<br>Reneau J. Longoria, Esq., Bar No. 5746<br>Attorneys for Plaintiff<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center, Suite 225D<br>Beverly, MA 01915<br>(978) 921-2670<br>JAD@dgandl.com<br>RJL@dgandl.com |
| Dated: July 28, 2020 | /s/ Douglas MacGorman<br>Douglas MacGorman, as Executor to the Estate of Sally A. MacGorman, and as Trustee of the MacGorman Family Revocable Trust u/d/t Dated February 21, 2011<br>94 Mountainview Road<br>Warren, NJ 07059 |
| Dated: August 4, 2020 | /s/ Ashley E. Eiler, Esq.<br>Secretary of Housing and Urban Development<br>Ashley E. Eiler, Esq.<br>Asst. US Attorney<br>100 Middle Street<br>East Tower, 6th Floor<br>Portland, ME 04101 |

**SO ORDERED**

**DATED THIS 10th DAY OF August, 2020**   /s/ Nancy Torresen
                                          **U.S. DISTRICT JUDGE**